The People of the State of New York ex rel. William A. Grimshaw, Appellant, v. William A. Prendergast, Register of Kings County, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Orlando Jones, Respondent, v. Joseph Langan, a Lieutenant of Police, Appellant. (No 1.) — Order affirmed, without costs, on the authority of *People ex rel. Jones* v. *Langan, No. 2 (ante,* p. 393), decided herewith. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

The People of the State of New York ex rel. Sol. Lichtenstein, Respondent, v. Joseph Langan, a Lieutenant of Police, Appellant.— Order affirmed, without costs, on the authority of *People ex rel. Jones* v. *Langan, No. 2 (ante,* p. 393), decided herewith. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Daniel P. Ritchey, Appellant, v. Solomon L. Pakas, Respondent.— Order setting aside verdict and granting new trial unanimously affirmed on argument, with costs. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Walter Satchel, an Infant under Fourteen Years of Age, by Frank Satchel, His Guardian ad Litem, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred; Burr, J., dissented.

Meyer Simon, Respondent, v. Isaac Chauser and Louis Chauser, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Garrett H. Smith, Respondent, v. Michigan Wagon and Manufacturing Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Claus H. Wiebalk, Respondent, v. George Wolf, Appellant.— Appeal from order of the Municipal Court dismissed, with ten dollars costs and disbursements, on the ground that no statutory authority exists for the appeal. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

## THIRD DEPARTMENT, MAY, 1909.

Berlin Construction Company, Appellant, v. Watervliet Foundry and Machine Company, Respondent.— Judgment affirmed, with costs. All concurred, except Kellogg, J., dissenting.

Frank Borst, Respondent, v. James B. Lyon, Appellant.— Judgment and order unanimously affirmed, with costs.

William H. Brooks v. E. M. Brown Paper Company.— Motion denied.

Elizabeth M. Burnham and Delilah E. Wilsey, Respondents, v. Arthur W. Burnham, Appellant.— Judgment unanimously affirmed, with costs.

Alphonso Chapin, Respondent, v. John M. Rundell, Appellant.— Judgment unanimously affirmed, with costs.